UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                             :

UNITED STATES OF AMERICA,          :

         -against-         :         26-CR-0004 (VEC)

                               :

ANTHONY HERBERT,         :         ORDER

                               :

                Defendant.    :

                               :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 13, 2026, Mr. Herbert was arraigned and presented before the

Magistrate Judge.

      IT IS HEREBY ORDERED that the parties must appear for an initial conference before

the Undersigned on **Friday, January 30, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel

Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.


**SO ORDERED.**

**Date:  January 13, 2026**
       **New York, NY**
                                       **VALERIE CAPRONI**
                               **United States District Judge**