UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| ANTHONY HERBERT, | 26 Cr. 004 (VEC) |
| Defendant. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Catherine Ghosh, dated February 12, 2026;

WHEREAS, on or about June 18, 2024, and August 20, 2025, as to the defendant, and on or about October 9, 2025, as to another individual, the Government sought and received orders authorizing the United States Internal Revenue Service ("IRS") to disclose taxpayer return information relevant to an ongoing investigation (the "Tax Orders");

WHEREAS, on or about September 17, 2024, September 4, 2025, and February 9, 2026, the IRS produced documents to the Government in response to the Tax Orders related to the defendant and another individual (the "Tax Documents");

2

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring

the confidentiality of returns and return information as set forth in Title 26, United States Code,

the Tax Orders and Tax Documents are required to be produced pursuant to Rule 16 of the Federal

Rules of Criminal Procedure.

**SO ORDERED:**

Dated: New York, New York
         February  18 , 2026

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2