UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                           :

UNITED STATES OF AMERICA,           :

          -against-          :          26-CR-0004 (VEC)

                         :

ANTHONY HERBERT,            :          <u>ORDER</u>

                         :

              Defendant.     :

                         :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 18, 2026, the parties appeared before the Undersigned for a status conference.

IT IS HEREBY ORDERED that any expert disclosures must be made not later than **July 10, 2026**.

IT IS FURTHER ORDERED that any pretrial motions must be filed not later than **July 17, 2026**. Responses must be filed not later than **August 14, 2026**. Replies must be filed not later than **August 28, 2026**.

IT IS FURTHER ORDERED that any motions *in limine* must be filed not later than **September 11, 2026**. Responses are due **September 25, 2026**. Replies are not permitted.

IT IS FURTHER ORDERED that the parties must file proposed *voir dire* questions and requests to charge not later than **October 9, 2026**.

IT IS FURTHER ORDERED that the final pretrial conference will take place on **Thursday, October 22, 2026, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that trial will begin on **Monday, October 26, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  May 18, 2026**
      **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**

2