UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ANTHONY HERBERT,

Defendant.

------------------------------------------------------------------X

26-CR-0004 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 16, 2026, the parties appeared before the Undersigned for a status conference.

IT IS HEREBY ORDERED that pursuant to the Criminal Justice Act of 1964, Jordan Estes, Esq., of Gibson, Dunn & Crutcher LLP is hereby appointed to assume the representation of the Defendant;

IT IS FURTHER ORDERED that the parties meet and confer regarding the setting of new pretrial deadlines, including for any pretrial motions, motions *in limine*, and proposed *voir dire* questions, and inform the Court of such deadlines not later than **Monday, July 20, 2026**.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 22.

**SO ORDERED.**

**Date: July 16, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**