**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

July 20, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/21/2026

**BY ECF**

Honorable Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Anthony Herbert*, 26 Cr. 004 (VEC)**

Dear Judge Caproni:

As directed at the July 16, 2026 status conference in the above-captioned case, the parties respectfully write jointly to propose the following deadlines for pretrial motions, motions *in limine*, voir dire and requests to charge, and the final pretrial conference:

- August 14: Pretrial motions and expert disclosures
- August 28: Pretrial motions responses
- September 7: Pretrial motions replies
- October 2: Motions *in limine*
- October 9: Voir dire and requests to charge
- October 13: Responses to motions *in limine*
- October 22: Final pretrial conference

[*Remainder of page left intentionally blank.*]

Application GRANTED. The deadlines for pretrial motions, motions in *limine*, proposed *voir dire* questions and requests to charge, are adopted as set forth in this letter.

SO ORDERED.

Valerie Caproni 07/21/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: s/ Catherine Ghosh
Catherine Ghosh
Justin Horton
Benjamin Burkett
Assistant United States Attorneys
(212) 637-1114 / 2276 / 2455

cc: Jordan Estes, Esq. (by ECF)
Dani R. James, Esq. (by ECF)
Trevor Gopnik, Esq. (by ECF)