GIBSON DUNN

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

MEMO ENDORSED

July 28, 2026

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 07/29/2026

**Re: *United States v. Herbert*, 26 Cr. 4 (VEC)**

Dear Judge Caproni:

I write on behalf of defendant Anthony Herbert to respectfully request that he be permitted to travel to:

- The Northern District of Texas (Rowlett) from August 7 through August 11, 2026;
- The District of Maryland (Upper Marlboro) from September 17 through September 20, 2026; and
- The Eastern District of Pennsylvania (Philadelphia) from October 9 through October 11, 2026.

Mr. Herbert seeks to travel to Texas to attend his grandson's christening, and to Maryland and Pennsylvania to attend the award presentations at the Bill Pickett Rodeo and the 8 Second Rodeo.

I have conferred with Pretrial Services and the U.S. Attorney's Office. Pretrial does not object to the request, and the U.S. Attorney's Office defers to Pretrial. I respectfully request that the Court endorse this letter to permit Mr. Herbert to travel as proposed.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

Jordan Estes

cc: All counsel of record (by ECF)

Application GRANTED. Mr. Herbert must provide his full travel itinerary (and any other requested documentation) to Pretrial Services in advance of the three occasions described in this letter.

SO ORDERED.

07/29/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE