GIBSON DUNN

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

**MEMO ENDORSED**

July 31, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/03/2026

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Herbert*, 26 Cr. 4 (VEC)**

Dear Judge Caproni:

I represent Anthony Herbert in the above-captioned matter and write respectfully to request an adjournment of the trial currently scheduled to begin on October 26, 2026, together with a corresponding adjournment of certain pretrial deadlines.

As referenced during the July 16, 2026 conference, I have a criminal trial scheduled for October 19, 2026 before Judge Oetken, in *United States v. Wander*, 25 Cr. 473 (JPO), which is expected to last three weeks. On July 30, 2026, Judge Oetken denied the defense's motion to adjourn the trial.

Accordingly, I respectfully request that the Court adjourn the trial in this case to a date on or after December 7, 2026, or such other date as is convenient for the Court. This is Mr. Herbert's first request for an adjournment.

I have conferred with the government, which consents to this request and is available to begin trial on December 7. Should the Court adjourn the trial to December 7, the parties respectfully request corresponding adjournments of the following pretrial deadlines:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Expert disclosures | Friday, August 14 | Friday, October 9 |
| Motions in limine | Friday, October 2 | Monday, November 9 |
| Voir dire and requests to charge | Friday, October 9 | Friday, November 20 |
| Responses to motions in limine | Tuesday, October 13 | Friday, November 20 |
| Final pretrial conference | Thursday, October 22 | Thursday, December 3 |

If that date does not work for the Court, the parties are happy to propose additional dates.

GIBSON DUNN



The defense consents to the exclusion of time under the Speedy Trial Act until December 7, 2026. Thank you for your attention to this matter.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

Jordan Estes

cc: All counsel of record (by ECF)

Application DENIED. The Court is unavailable for trial the week of December 7, 2026. The Parties are hereby ordered to confer and, not later than **Wednesday, August 5, 2026,** provide the Court with three mutually convenient Mondays (or Tuesday if Monday is a holiday) on which to begin trial, with such dates beginning in January 2027. The Parties are hereby further ordered to provide the Court with proposed revised pretrial deadlines for each of the proposed new trial dates.

SO ORDERED.

08/03/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE