**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

August 19, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/20/2026

**BY ECF**
Honorable Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Anthony Herbert*, 26 Cr. 004 (VEC)**

Dear Judge Caproni:

The Government writes with the defendant's consent to respectfully request an approximately two-week extension of the current deadlines for the Government to respond to the defendant's August 14, 2026 pretrial motions, and for the defendant to submit any reply. The Government respectfully submits that because trial in this matter was recently adjourned to January 25, 2027, briefing of the pretrial motions will still be completed well in advance of trial with the requested extension. Below are the current and requested deadlines:

| Event | Current deadline | Proposed deadline |
|---|---|---|
| Government's response to defendant's pretrial motions | August 28, 2026 | September 11, 2026 |
| Defendant's reply | September 7, 2026 | September 25, 2026 |

Application GRANTED.

SO ORDERED.

08/20/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

By: ______________________
Catherine Ghosh / Justin Horton /
Benjamin Burkett
Assistant United States Attorneys
(212) 637-1114 / 2276 / 2455

cc: Counsel for Defendant (via ECF)