UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ANTHONY HERBERT,<br><br>Defendant. | 26-CR-0004 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the Parties must appear for a status conference and arraignment on the Superseding Indictment, *see* Dkt. 62, on **Thursday, October 22, 2026, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: October 19, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**