UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ANTHONY HERBERT,

Defendant.

---------------------------------------------------------------X

26-CR-0004 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 22, 2026, the Parties appeared for an arraignment and status conference; and

WHEREAS the Defendant was arraigned on the Superseding Indictment dated October 14, 2026, and pled not guilty.

IT IS HEREBY ORDERED that Defendant must file his supplemental brief regarding his motion to sever, *see* Dkt. 41, not later than **November 5, 2026**. The Government's response to Defendant's supplemental brief is due **November 16, 2026**. The Defendant's reply is due **November 20, 2026**.

**SO ORDERED.**

**Date: October 23, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**