UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ANTHONY HERBERT,

Defendant.

----------------------------------------------------------------X

26-CR-0004 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the Parties must appear for oral argument on Defendant's Motion to Suppress, *see* Dkt. 43, on **Friday, November 13, 2026, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The Parties are specifically asked to be prepared to discuss the Government's position that the challenged evidence was in "plain view" of the officers executing the warrants in question. *See, e.g.*, Government Opp. Br., Dkt. 52 at 117 (describing records as "viewed in plain view.").

**SO ORDERED.**

**Date: November 2, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**