UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ANTHONY HERBERT,

Defendant.

---------------------------------------------------------------X

26-CR-0004 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant has filed a Motion to Compel Disclosure of *Brady* Material, *see* Dkt. 69 (the "Motion"); and

WHEREAS Defendant has filed a letter motion to seal certain materials in connection with the Motion, *see* Dkt. 71.

IT IS HEREBY ORDERED that, for the reasons stated at Dkt. 50, Defendant's application to seal at Dkt. 71 is GRANTED.

IT IS FURTHER ORDERED that the Government must respond to Defendant's Motion by no later than **Friday, November 20, 2026**. Defendant must submit a reply no later than **Wednesday, December 2, 2026**.

**SO ORDERED.**

**Date: November 10, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**